UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| ANDREW G. WATTERS, <br><br>     Plaintiff - Appellant, <br><br> v. <br><br> RICHARD TROYAN, <br><br>     Defendant - Appellee. | No. 26-2038 <br><br> D.C. No. <br> 5:26-cv-02808-NW <br> Northern District of California, <br> San Jose <br><br> ORDER |

A review of the record suggests that this court may lack jurisdiction over this appeal because the order challenged may not be final or appealable. *See Religious Tech. Ctr. v. Scott*, 869 F.2d 1306 (9th Cir. 1989) (denial of temporary restraining order is appealable only if the denial is tantamount to the denial of a preliminary injunction).

By April 15, 2026, appellant must either file a motion to voluntarily dismiss this appeal or file a statement explaining why it should not be dismissed. If appellant does not do so, the court will dismiss the appeal. *See* 9th Cir. R. 42-1.

Briefing is stayed.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT